AMENDED **<u>NOTIFICATION OF LATE RECORD</u>**

Court of Appeals No:   04-15-00278-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/12/2015 7:28:37 AM
KEITH E. HOTTLE
Clerk

Trial Court Style: The State of Texas vs Sidney R. Denbina.

Trial Court No: 2014-CR-8319

The approximate dates of trial was: Voir Dire and Trial on the Merits, dated April 13-15, 2015; Sentencing Phase, dated May 4, 2015.

Defendant was sentenced:  May 4, 2015.

The record was originally due: July 3, 2015

I anticipate the length of the record to be: 400 pages.

I am unable to file the record by the date such reporter's record is due for the following reasons:  (Please see Reporter's Monthly Report filed.)  Will begin transcribing reporter's record according to filing date of appeals, which is after completing and filing 04-15-0280-CR, Driss Nassouri vs The State of Texas; and 2012-CR-9933, The State of Texas vs Rafael Mendez

The record will be completed: September 1, 2015.

I, as the undersigned Court Official, certify that a copy of this Notification of Late Record has been served by electronic filing to the parties to the judgment or order being appeals.

Date: June 12, 2015


<u>/s/ Bettina J. Williams</u>
Official Court Reporter
Certification Number: 2003
187th Judicial District Court